225 Broadway, Suite 1901
New York, NY 10007

Phone: 646.657.5345
Fax: 347.809.4540

Law Office of
**J. A. Sanchez-Dorta, P.C.**
Attorney and Counselor at Law
janthonysanchez@post.harvard.edu

April 5, 2018

VIA ECF

Honorable George B. Daniels
United States District Court for the Southern District of New York
Daniel P. Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

Re: Beter v. Murdoch, et. al., 17 Civ. 10247 (GBD): Briefing Schedule for Defendants' Motions to Dismiss and for Sanctions

Dear Judge Daniels:

I represent the Plaintiff in this matter. I am writing to inform you that counsel for all parties have agreed, subject to the Court's approval of course, that the briefing schedule for the Defendants' Motions to Dismiss and for Sanctions will be as follows – Plaintiff's opposition will be due on April 20, 2018, and Defendants' reply will be due on May 7, 2018.

Respectfully,

*/s/ Jay Sanchez*

Jay Sanchez

cc: Counsel for All Parties (by ECF)